MOSSING ET AL., APPELLANTS, *v.* STATE FARM INSURANCE COMPANY, APPELLEE.

[Cite as *Mossing v. State Farm Ins. Co.* (2000), 87 Ohio St.3d 1240.]

(No. 99–159—Submitted Decémber 1, 1999—Decided January 12, 2000.)

*The McQuades Co., L.P.A., Daniel P. McQuade* and *Alan L. Lehenbauer; Ward, Kaps, Bainbridge, Maurer & Melvin* and *Thomas H. Bainbridge,* for appellants.

*Manahan, Pietrykowski, Bamman & DeLaney* and *Cormac B. DeLaney,* for appellee.

*McCarthy, Palmer, Volkema & Thomas* and *Michael S. Miller,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.,* and *James R. Gallagher,* urging affirmance for *amicus curiae,* Ohio Association of Civil Trial Attorneys.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.